**Fill in this information to identify the case:**

Debtor 1: Serjio C. Cordoba

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 1817606

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Date of payment change:** Must be at least 21 days after date of this notice: 01/01/2021

**New total payment:** Principal, interest, and escrow, if any: $1657.58

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 9 7

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 1728.13   New mortgage payment: $ 1657.58

Official Form 410S1   Notice of Mortgage Payment Change   page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Jeremy Anthony
   Signature

Date  01/11/2021

Print: Anthony, Jeremy
      First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number    Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN         55121-7700
         City                     State      ZIP Code

Contact phone  800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Chapter 13 No. 1817606
Judge: LaShonda A Hunt

In re:

Serjio C. Cordoba

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 11, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Serjio C. Cordoba
365 Aaron Lane

Bolingbrook IL 60440

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Patrick A Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street

Joliet IL 60435

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Glenn B Stearns

801 Warrenville Road Suite 650

Lisle IL 60532

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.